3/31/11
local counsel
pro hac. Tx Bar QC

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

PJC Logistics, LLC

Plaintiff(s),

v.

Doug Andrus Distributing, LLC et al

Defendant(s).

Civil Case No. 3:11-cv-00337-AC

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney R. Mark Dietz requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)  **PERSONAL DATA:**

Name: Dietz, R. Mark
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: Dietz & Jarrard, P.C.

Mailing Address: 106 Fannin Ave. E.

City: Round Rock   State: TX   Zip: 78664

Phone Number: (512)244-9314   Fax Number: (512) 244-3766

Business E-mail Address: rmdietz@lawdietz.com

# 39587

(2) **BAR ADMISSIONS INFORMATION:**

   (a)  State bar admission(s), date(s) of admission, and bar ID number(s):
       Texas, 1977, 05857200

       Kansas, 1979

   (b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
       USDC - Western Dist. of TX 1978; USDC - Eastern Dist. of TX 2011;
       USDC - Northern Dist. of TX 1994; USDC - Southern Dist. of TX 1997; USDC - Kansas 1979 09121;
       USDC Western Dist of Missouri 1998, KS-000032; US Supreme Court 1980; US Court of Appeals - 5th Cir 1980

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)  ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)  ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1 million that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
PJC Logistics LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 21st day of March, 2011

*(Signature of Pro Hac Counsel)*

R. Mark Dietz
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case

DATED this 28 day of March, 2011

*(Signature of Local Counsel)*

Name: Ganz, Bradley M.
 *(Last Name)* *(First Name)* *(MI)* *(Suffix)*
Oregon State Bar Number: 94076
Firm or Business Affiliation: Ganz Law, P.C.
Mailing Address: 163 SE 2nd Avenue, PO Box 2200
City: Hillsboro   State: Oregon   Zip: 97123
Phone Number: (503)844-9009   Business E-mail Address: brad@ganzlaw.com

---

**COURT ACTION**

☑ Application approved subject to payment of fees
☐ Application denied.

DATED this 1st day of April, 2011

Judge

U.S. District Court–Oregon
Revised February 17, 2011

Application for Special Admission - *Pro Hac Vice*
Page 3 of 3