6-3-11
Oral Cancel. Don3 OC
pro Hac - Tx Bar . OC

FILED 06 JUN '11 11:41 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

PJC Logistics, LLC

Plaintiff(s),

v.

Doug Andrus Distributing, LLC et al

Defendant(s).

Civil Case No. 3:11-cv-00337-AC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Steven R. Daniels__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Daniels, Steven R.
 *(Last Name)* *(First Name)* *(MI)* *(Suffix)*
Firm or Business Affiliation: Farney Daniels, LLP
Mailing Address: 800 S. Austin, Suite 200
City: Georgetown  State: TX  Zip: 78626-5845
Phone Number: (512) 582-2820  Fax Number: 512-582-2829
Business E-mail Address: sdaniels@farneydaniels.com

40780

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
          California, 1/10/2005, 235398

          Texas, 5/3/2000, 24025318

          Georgia, 10/6/1995  204865

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
PJC Logistics, LLC

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 28th day of May, 2011

_____
(Signature of Pro Hac Counsel)

Steven R. Daniels
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26 day of May, 2011

_____
(Signature of Local Counsel)

Name: Ganz, Bradley M.
(Last Name)        (First Name)        (MI)        (Suffix)

Oregon State Bar Number: 94076
Firm or Business Affiliation: Ganz Law, P.C.
Mailing Address: P.O. Box 2200
City: Hillsboro        State: OR        Zip: 97123
Phone Number: 503-844-9009        Business E-mail Address: mail@ganzlaw.com

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 3rd day of June, 2011

_____
Judge