Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
Ganz Law, P.C.
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
mail@ganzlaw.com

R. Mark Dietz (*pro hac vice*)
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Steven R. Daniels (*pro hac vice*)
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com

Attorneys for Plaintiff PJC Logistics, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 3:11-CV-00337-AC |
| Plaintiff | : | |
| v. | : | |
| DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.; INTERSTATE CARRIER EXPRESS; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; PENINSULA | : | **NOTICE OF STIPULATION REGARDING SERVICE OF PROCESS** |

Page 1
NOTICE OF STIPULATION REGARDING SERVICE OF PROCESS

TRUCK LINES, INC.; REDDAWAY; SAMMONS    :
TRUCKING; THE WAGGONERS TRUCKING;        :
and WATKINS & SHEPARD TRUCKING, INC.     :
                                         :
            Defendants.                  :

      Plaintiff PJC Logistics, LLC hereby notifies the Court that Plaintiff has entered into a Stipulation regarding service of process with each of the parties listed below, under which counsel for the listed parties, Cravath, Swaine & Moore, LLP, agreed to accept service on each respective party's behalf and stipulated that service on the respective party has been effective:

1. Doug Andrus Distributing LLC;
2. Gordon Trucking, sued herein as Gordon Trucking, Inc. (GTI);
3. Gulick Trucking Inc.;
4. Interstate Distributor Co.;
5. Market Transport, Ltd.;
6. May Trucking Company;
7. MTS Freight;
8. Oak Harbor Freight Lines, Inc.;
9. Reddaway;
10. Sammons Transportation, Inc., sued herein as Sammons Trucking;
11. The Waggoners Trucking; and
12. Watkins and Shepard Trucking, Inc.

      A copy of the Stipulation is attached as Exhibit "A".

Respectfully submitted,

/s/ Lloyd L. Pollard, II
Lloyd L. Pollard, II, OSB 07490

Dated: July 12, 2011

Ganz Law, PC
163 SE 2nd Avenue
Hillsboro, Oregon 97123
(503) 844-9009
mail@ganzlaw.com

*Attorneys for Plaintiff PJC Logistics, LLC*

OF COUNSEL

R. Mark Dietz (*pro hac vice*)
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Steven R. Daniels (*pro hac vice*)
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com

## STIPULATION

PJC Logistics, LLC ("PJC") and the parties listed in Exhibit A (the "Represented Parties"), by and through their undersigned attorneys, hereby stipulate and agree, as follows:

1. PJC has filed lawsuits against each of the Represented Parties alleging infringement of U.S. Patent No. 5,223,844.

2. Pursuant to an agreement dated May 18, 2011, counsel for the Represented Parties agreed to accept service of process on their behalf.

3. Pursuant to that agreement, on July 8, 2011, counsel was served with process for each of the Represented Parties for the actions in which they were sued, as listed in Exhibit A.

Dated: July 8, 2011

CRAVATH, SWAINE & MOORE LLP,

by _____
   James E. Canning

Attorneys for the Represented Parties
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

FARNEY DANIELS LLP

by _____
   Steven R. Daniels

Attorneys for PJC Logistics, LLC
800 S. Austin, Suite 200
Georgetown, TX 78626-5845

### EXHIBIT A: LIST OF REPRESENTED PARTIES

| Represented Party | District | Civil Action No. |
|---|---|---|
| Qualcomm Incorporated | N.D. Tex. | 3:11-cv-00815 |
| A. Duie Pyle, Inc.<br>Auscor Transportation Services<br>FedEx Ground Package System, Inc.<br>Glen Moore<br>GNC Corporation<br>Logistics One, Inc.<br>National Freight, Inc. and NFI Interactive Logistics, LLC, sued herein as NFI Industries, Inc.<br>New Century Transportation, Inc.<br>New Penn Motor Express, Inc.<br>Praxair, Inc. | D. Del. | 1:11-cv-00231 |
| Allied Automotive Group, Inc.<br>Allied Holdings, Inc.<br>Armellini Express Lines, Inc.<br>Arnold Transportation Services, Inc.<br>Boyd Bros. Transportation, Inc.<br>Bynum Transport, Inc., sued herein as Bynum Transport<br>The Coca-Cola Company<br>Comcar Industries, Inc.<br>Eagle Motor Lines, sued herein as Eagle Motor Lines, LLC<br>Florida Rock and Tank Lines, Inc.<br>Indian River Transport Co.<br>Kennesaw Transportation, Inc.<br>Landstar System, Inc.<br>McKenzie Tank Lines, Inc.<br>Ryder System, Inc.<br>Southern Cal Transport, Inc.<br>The Suddath Companies | M.D. Fla. | 3:11-cv-00301 |

| Represented Party | District | Civil Action No. |
| --- | --- | --- |
| A&R Logistics, Inc. | N.D. Ill. | 1:11-cv-01983 |
| Ace Hardware Corporation | | |
| Allied Van Lines, Inc. | | |
| Atlas Van Lines, Inc. | | |
| Best Way Express, Inc. | | |
| Bulkmatic Transport Company | | |
| Carter Express, Inc. | | |
| Celadon Group, Inc. | | |
| Con-Way Freight, Inc. | | |
| Con-Way, Inc. | | |
| deBoer Transportation, Inc. | | |
| Earl L. Henderson Trucking Company | | |
| H.O. Wolding, Inc. | | |
| North American Van Lines, Inc. | | |
| Point Dedicated Services, sued herein as Point Dedicated Services, LLC | | |
| Roehl Transport, Inc. | | |
| Rush Trucking Corporation | | |
| Schneider National Carriers, Inc. | | |
| Super Service, LLC | | |
| Thomason Express, LLC | | |
| Transportation Services, Inc. | | |
| USF Holland | | |
| Venture Logistics, sued herein as Venture Logistics Services, Inc. | | |
| Anderson Trucking Service, Inc. | D. Minn. | 0:11-cv-00675 |
| Annett Holdings, Inc. | | |
| Barr-Nunn Transportation, Inc. | | |
| Bed Rock, Inc., d/b/a Tri-State Motor Transit Co., sued herein as Tri-State Motor Transit Company | | |
| Con-Way Truckload, Inc. | | |
| Crete Carrier Corp. | | |

| Represented Party | District | Civil Action No. |
|---|---|---|
| CRST International, Inc., sued herein as CRST, Inc. | | |
| Dart Transit Company | | |
| Decker Truck Line, Inc. | | |
| Fortune Transportation Co. | | |
| Fremont Contract Carriers, Inc. | | |
| Grand Island Contract Carriers, Inc. | | |
| Harris Quality, Inc. | | |
| Hunt Transportation, Inc. | | |
| Indiana Western Express, Inc., d/b/a IWX Motor Freight, sued herein as IWX Motor Freight | | |
| K&B Transportation, Inc. | | |
| Lakeville Motor Express, Inc. | | |
| Metro Express Transportation Services, Inc. | | |
| Midwest Motor Express, Inc. | | |
| New Prime, Inc. | | |
| Prime Floral, LLC | | |
| Ruan Transportation Management Systems, Inc. | | |
| Schuster Co. | | |
| Shaffer Trucking | | |
| Smithway Motor Xpress, sued herein as Smithway Motor Xpress Corp. | | |
| Transport Corporation of America | | |
| UniGroup Worldwide, Inc. | | |
| Waller Truck Co., Inc. | | |
| Werner Enterprises, Inc. | | |
| Andrus Transportation Services, Inc. | D. Nev. | 2:11-cv-00418 |
| C. R. England, Inc. | | |
| Central Refrigerated Service, Inc. | | |
| D.P. Curtis Trucking, Inc. | | |
| DATS Trucking Inc. | | |
| High Country Transportation, Inc., sued herein as High Country Transportation Group, LLC | | |

| Represented Party | District | Civil Action No. |
|---|---|---|
| Kelle's Transport Services, Inc. | | |
| Knight Refrigerated, LLC | | |
| Knight Transportation, Inc. | | |
| L.W. Miller Companies | | |
| Manuel Huerta Trucking | | |
| Navajo Express, Inc. | | |
| RSC Equipment Rental, Inc. | | |
| RSC Holdings, Inc. | | |
| Silica Transport, Inc. | | |
| Swift Transportation, sued herein as Swift Transportation Co., LLC | | |
| Doug Andrus Distributing LLC | D. Or. | 3:11-cv-00337 |
| Gordon Trucking, sued herein as Gordon Trucking, Inc. (GTI) | | |
| Gulick Trucking Inc. | | |
| Interstate Distributor Co. | | |
| Market Transport, Ltd. | | |
| May Trucking Company | | |
| MTS Freight | | |
| Oak Harbor Freight Lines, Inc. | | |
| Reddaway | | |
| Sammons Transportation, Inc., sued herein as Sammons Trucking | | |
| The Waggoners Trucking | | |
| Watkins and Shepard Trucking, Inc. | | |
| Bill Davis Trucking, Inc. | E.D. Tex. | 6:11-cv-00125 |
| Bruce Oakley, Inc. | | |
| Cal-Ark International, Inc. | | |
| Dupre Logistics, LLC | | |
| Empire Truck Lines Inc. | | |
| Fikes Truck Line, LLC | | |
| Frito-Lay, Inc., sued herein as Frito-Lay North America, | | |

| Represented Party | District | Civil Action No. |
|---|---|---|
| Inc. | | |
| J.B. Hunt Transport, Inc., sued herein as J.B. Hunt Transport Services, Inc. | | |
| John Christner Trucking, Inc., sued herein as John Christner Trucking, LLC | | |
| Link America Corporation | | |
| M C Express, Inc. | | |
| Maverick Transportation, LLC | | |
| Miller Truck Lines, LLC | | |
| Paul Transportation, Inc. | | |
| Southern Refrigerated Transport, Inc. | | |
| Transco Leasing, d/b/a Transco Lines, Inc., sued herein as Transco Lines, Inc. | | |
| Trimac Transportation, Inc. | | |
| USA Truck, Inc. | | |
| UV Logistics, LLC d/b/a United Vision Logistics, sued herein as UV Logistics, LLC | | |
| Wal-Mart Stores, Inc. | | |
| Alan Ritchey, Inc. | N.D. Tex. | 3:11-cv-00548 |
| Baldwin Distribution Services, Ltd. | | |
| FFE Transportation Services, Inc. | | |
| Greatwide Logistics Services, LLC., sued herein as Greatwide Distribution Logistics, LLC | | |
| HEB Grocery Company LP, sued herein as H.E.B., Inc. | | |
| JS Helwig & Son LLC | | |
| Melton Truck Lines, Inc. | | |
| Pan American Express, Inc. | | |
| Parkway Transport, Inc. | | |
| Royal Freight, LP | | |
| Skinner Transportation, Inc. | | |
| Stan Koch & Sons Trucking, Inc. | | |
| Stevens Transport, Inc. | | |
| TS Acquisition, Inc., d/b/a Texas Star Express, sued | | |

| Represented Party | District | Civil Action No. |
|---|---|---|
| herein as Texas Star Express Corp. <br> Trucks for You, Inc. <br> Western Flyer Express, Inc. | | |
| Averitt Express, Inc. <br> Builders Transportation Company, LLC <br> Cardinal Logistics Management Corporation <br> Covenant Transportation Group, Inc., sued herein as Covenant Transport Group, Inc. <br> Danny Herman Trucking, Inc. <br> Federal Express Corporation <br> FedEx Corporation <br> Forward Air, Inc. <br> Highway Transport Chemical, LLC, sued herein as Highway Transport, Inc. <br> KLLM, Inc. <br> KLLM Transport Services, LLC <br> Mercer Transportation Co., Inc. <br> Milan Express Co., Inc. <br> Miller Transporters, Inc. <br> Ozark Motor Lines, Inc. <br> Paschall Truck Lines, Inc. <br> Royal Trucking Company <br> Star Transportation, Inc. <br> United Van Lines, LLC <br> U.S. Xpress Enterprises, Inc. <br> Western Express, Inc. <br> W.L.A., Inc. | E.D. Va. | 1:11-cv-00279 |