Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
Ganz Law, P.C.
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
mail@ganzlaw.com

R. Mark Dietz (*pro hac vice*)
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Steven R. Daniels (*pro hac vice*)
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com

Attorneys for Plaintiff PJC Logistics, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 3:11-CV-00337-AC |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DOUG ANDRUS DISTRIBUTING LLC; | : | **NOTICE OF DISMISSAL** |
| GORDON TRUCKING, INC. (GTI); GULICK | : | **WITHOUT PREJUDICE OF** |
| TRUCKING, INC.; INTERSTATE CARRIER | : | **MARKET TRANSPORT, LTD.** |
| EXPRESS; INTERSTATE DISTRIBUTOR CO.; | : | |
| MARKET TRANSPORT, LTD.; MAY | : | |
| TRUCKING COMPANY; MTS FREIGHT; OAK | : | |

Page 1
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF MARKET TRANSPORT, LTD.

| | |
|---|---|
| HARBOR FREIGHT LINES, INC.; PENINSULA TRUCK LINES, INC.; REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; and WATKINS & SHEPARD TRUCKING, INC. | : : : : : |
| Defendants. | : |

Plaintiff PJC Logistics, LLC hereby files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without a court order by filing a Notice of Dismissal before the opposing party serves either an answer or a motion for summary judgment. Market Transport, LTD. has not yet answered the Complaint or served a motion for summary judgment. Accordingly, PJC Logistics voluntarily dismisses Market Transport, LTD. without prejudice, pursuant to Rule 41(a)(1).

Respectfully submitted,

Dated: July 18, 2011

/s/ Lloyd L. Pollard, II
Lloyd L. Pollard, II, OSB 07490

Ganz Law, PC
163 SE 2nd Avenue
Hillsboro, Oregon 97123
(503) 844-9009
mail@ganzlaw.com

*Attorneys for Plaintiff PJC Logistics, LLC*

OF COUNSEL

R. Mark Dietz (*pro hac vice*)
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Page 2
NOTICE OF DISMISSAL WITHOUT PREJUDICE OF MARKET TRANSPORT, LTD.

Steven R. Daniels (*pro hac vice*)
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com