

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 27, 2011

Case Number. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3:11-cv-00337-BR

Case Title. . . . . . . . . . . . . . . . . . . . . . . . . PJC Logistics LLC v. Doug Andrus Distributing LLC et al

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable John V. Acosta, United States Magistrate Judge, to the Honorable Anna J. Brown, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Bonnie Boyer
                                  Telephone:    (503) 326-8053
                                  email:  bonnie_boyer@ord.uscourts.gov

    Docket Information:    Sutawnee Duckro
                                  Telephone:    (503) 326-8015
                                  email:  sutawnee_duckro@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, US District Court in Portland, 740 Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Brown's initials (BR) will replace the previous judge's initials in this case.

                                                        **MARY L. MORAN,**
                                                         **Clerk of Court**

cc:    Judge Brown
        Counsel of Record