**Peter E. Heuser, OSB #811281**
Email pheuser@schwabe.com
**Brantley C. Shumaker, OSB #065093**
Email bshumaker@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

  Of Attorneys for Defendants, DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; USF REDDAWAY INC., dba REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; WATKINS AND SHEPARD TRUCKING, INC.

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| PJC LOGISTICS, LLC, <br><br>        Plaintiff, <br><br>   vs. <br><br>DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; USF REDDAWAY INC., dba REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; WATKINS AND SHEPARD TRUCKING, INC. <br><br>        Defendants. | Civil Action No.: 11-cv-337  BR <br><br> CORPORATE DISCLOSURE STATEMENT OF MTS FREIGHT |

  In accordance with FRCP 7.1, Defendant MTS FREIGHT discloses as follows:  MTS FREIGHT is a dba of MERGENTHALER TRANSFER & STORAGE Co.,

which has no corporate parent.  No publicly held corporation holds more than 10% of its stock.

Dated:  July 28, 2011

/s/      Peter E. Heuser
**Peter E. Heuser, OSB #811281**
Email pheuser@schwabe.com
**Brantley C. Shumaker, OSB #065093**
Email bshumaker@schwabe.com

**Attorneys for Defendants** DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; USF REDDAWAY INC., dba REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; WATKINS AND SHEPARD TRUCKING, INC.