Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
Ganz Law, P.C.
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
mail@ganzlaw.com

R. Mark Dietz (*pro hac vice*)
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Steven R. Daniels (*pro hac vice*)
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com

Attorneys for Plaintiff PJC Logistics, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 3:11-CV-00337-BR |
|            Plaintiff | : | |
|            v. | : | |
| DOUG ANDRUS DISTRIBUTING LLC; GORDON TRUCKING, INC. (GTI); GULICK TRUCKING, INC.; INTERSTATE CARRIER EXPRESS; INTERSTATE DISTRIBUTOR CO.; MARKET TRANSPORT, LTD.; MAY | : | **NOTICE OF APPEARANCE OF LLOYD L. POLLARD II** |

Page 1
REPORT ON STATUS OF THE PENDING MOTION TO CONSOLIDATE BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; PENINSULA TRUCK LINES, INC.; REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; and WATKINS & SHEPARD TRUCKING, INC. | : : : : : : |
| Defendants. | : |

Lloyd L. Pollard II of Ganz Law, P.C. hereby appears as counsel for Plaintiff in the above-captioned case.

Respectfully submitted,

Dated:  August 12, 2011

/s/ Lloyd L. Pollard, II
Lloyd L. Pollard, II, OSB 07490

Ganz Law, PC
163 SE 2nd Avenue
Hillsboro, Oregon 97123
(503) 844-9009
mail@ganzlaw.com

*Attorneys for Plaintiff PJC Logistics, LLC*

Page 2
REPORT ON STATUS OF THE PENDING MOTION TO CONSOLIDATE BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION