Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
Ganz Law, P.C.
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
mail@ganzlaw.com

R. Mark Dietz (*pro hac vice*)
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
(512) 244-9314
rmdietz@lawdietz.com

Steven R. Daniels (*pro hac vice*)
Farney Daniels, LLP
800 S. Austin, Suite 200
Georgetown, TX 78626
(512) 582-2820
sdaniels@farneydaniels.com

Attorneys for Plaintiff PJC Logistics, LLC

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | Civil Case No. 3:11-CV-00337-BR |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DOUG ANDRUS DISTRIBUTING LLC; | : | **REPORT ON STATUS OF THE** |
| GORDON TRUCKING, INC. (GTI); GULICK | : | **PENDING MOTION TO** |
| TRUCKING, INC.; INTERSTATE CARRIER | : | **CONSOLIDATE BEFORE THE** |
| EXPRESS; INTERSTATE DISTRIBUTOR CO.; | : | **JUDICIAL PANEL ON** |

Page 1
REPORT ON STATUS OF THE PENDING MOTION TO CONSOLIDATE BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| MARKET TRANSPORT, LTD.; MAY TRUCKING COMPANY; MTS FREIGHT; OAK HARBOR FREIGHT LINES, INC.; PENINSULA TRUCK LINES, INC.; REDDAWAY; SAMMONS TRUCKING; THE WAGGONERS TRUCKING; and WATKINS & SHEPARD TRUCKING, INC.  :  :  :  :  :  :  :  :  : | **MULTIDISTRICT LITIGATION** |
| Defendants.  : | |

This filing responds to the Court's Order dated July 12, 2011, to advise the Court of the outcome of a July 28, 2011, hearing before the Judicial Panel on Multidistrict Litigation to consider a pending motion to consolidate this matter with several other cases. At the hearing, counsel for Qualcomm and counsel for PJC Logistics presented arguments concerning whether the appropriate venue to hear the consolidated case is the District of Minnesota (Qualcomm's preference) or the Northern District of Texas (PJC Logistics' preference). PJC Logistics did not dispute that consolidation is appropriate. The Panel took the motion under advisement and apparently did not indicate when a decision on the motion will issue.

Respectfully submitted,

Dated: August 12, 2011

/s/ Lloyd L. Pollard, II
Lloyd L. Pollard, II, OSB 07490

Ganz Law, PC
163 SE 2nd Avenue
Hillsboro, Oregon 97123
(503) 844-9009
mail@ganzlaw.com

*Attorneys for Plaintiff PJC Logistics, LLC*

Page 2
REPORT ON STATUS OF THE PENDING MOTION TO CONSOLIDATE BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION